UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 06-81112-CIV-HURLEY

R.A.M., LLC and GEORGE FORD,
    plaintiffs,

v.

TIMOTHY HILL et al.,
    defendants.
_____/

## ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION & DENYING DEFENDANT'S MOTION TO ENFORCE SETTLEMENT AGREEMENT

**THIS CAUSE** is before the court upon the defendant Timothy Hill's Motion to Enforce Settlement and for Entry of Final Judgment [DE# 119]. This matter was previously referred to United States Magistrate Judge James Hopkins pursuant to 28 U.S.C. §§ 636-39 and Rule 72 of the Federal Rules of Civil Procedure, for a recommended disposition. [DE# 120]

On November 10, 2009, Magistrate Judge Hopkins filed a report and recommendation upon the motion. [DE # 133]. On November 24, 2009, defendant Timothy Hill filed his objections to the report [DE# 134].

Having carefully reviewed the Magistrate Judge's report and recommendation, and having reviewed *de novo* those portions of the report to which the defendant Timothy Hill has lodged objection, the court has determined to overrule the objections and adopt the recommendation of the Magistrate Judge.

It is accordingly **ORDERED** and **ADJUDGED**:

    1.    The report and recommendation of Magistrate Judge James Hopkins on the defendant Timothy Hill's motion to enforce settlement and for entry of final

Case No.:06-8112-CIV-HURLEY
Order Adopting Magistrate's Report and Recommendation

      judgment [DE# 133] is   **ADOPTED** and incorporated in full**.**

2.    The defendant Timothy Hill's motion to enforce settlement and for entry of final judgment  [DE# 119]  is **DENIED**.

**DONE** and **SIGNED**  in Chambers at West Palm Beach, Florida this 12th day of January, 2010.

                                                Daniel T. K. Hurley
                                         United States District Judge

Copies furnished to:
United States Magistrate Judge James Hopkins
George Ford, *pro se*
all counsel